Submitted February 1, affirmed February 14, 1977

STATE OF OREGON, *Respondent,*
*v.*
DALE BRIAN BAILEY, *Appellant.*
(No. 76-1763, CA 6962)
559 P2d 1325

Gary D. Babcock, Public Defender, Salem, filed the brief for appellant.

James A. Redden, Attorney General, W. Michael Gillette, Solicitor General, and Thomas H. Denney, Assistant Attorney General, Salem, filed the brief for respondent.

Before Schwab, Chief Judge, and Thornton and Tanzer, Judges.

PER CURIAM.

Affirmed. *State v. James,* 3 Or App 539, 474 P2d 779, Sup Ct *review denied* (1970).